

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00406-CV
_____

MAXX GREEN, D/B/A A TO Z BAIL BONDS, Appellant

V.

WICHITA COUNTY BAIL BOND BOARD, Appellee

On Appeal from the 89th District Court
Wichita County, Texas
Trial Court No. DC89-CV2023-1234

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Unopposed Motion to Dismiss Appeal Without Prejudice." We grant the motion and dismiss the appeal without prejudice. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: October 31, 2024